UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Don Allio, | No. 2:22-cv-02021-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| United Collection Bureau, Inc., | |
| Defendant. | |

Richard Meier has given notice that he is "unable to continue representing Plaintiff in this matter, or even contacting [his] client." Notice ¶ 5, ECF No. 12.  He requests the court stay this action for thirty days "so that [he] can continue trying to reach Plaintiff" and so "Plaintiff can retain substitute counsel." *Id.* ¶ 6.  This District's Local Rules impose specific requirements on attorneys who seek to withdraw from an action if doing so would leave a client without counsel:

> Unless otherwise provided herein, an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared. The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw. Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules. The authority and duty of the attorney of record shall continue until relieved by order of the

Court issued hereunder. Leave to withdraw may be granted subject to such appropriate conditions as the Court deems fit.

E.D. Cal. L.R. 182(d).  Mr. Meier's request to withdraw is **denied without prejudice to renewal** in compliance with these requirements.

IT IS SO ORDERED.

DATED:  March 2, 2023.

CHIEF UNITED STATES DISTRICT JUDGE